216 F.2d 192
 Ephraim HASPEL, Plaintiff-Appellant,
v.
BONNAZ, SINGER & HAND EMBROIDERERS, TUCKERS, STITCHERS &
PLEATERS UNION, LOCAL 66, Defendant-Appellee.
 No. 12, Docket 23051.
 United States Court of Appeals, Second Circuit.
 Argued Oct. 15, 1954.
Decided Oct. 29, 1954.
 
 George E. Reynolds, New York City, for plaintiff-appellant.
 Elias Lieberman, New York City, for defendant-appellee.
 Before CHASE, MEDINA and HARLAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion below. D.C., 112 F.Supp. 944.